UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT MACIEL, | No. SACV 08-1450 SVW (FFM) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| JOHN MARSHALL, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 21, 2011

_____
STEPHEN V. WILSON
United States District Judge